# United States Court of Appeals
## For the First Circuit

---

No. 15-1814

DENNIS OLISKY,

Plaintiff, Appellant,

v.

TOWN OF EAST LONGMEADOW; TOWN OF EAST LONGMEADOW DEPARTMENT OF
PUBLIC WORKS; DOUGLAS MELLIS; TOWN OF EAST LONGMEADOW BOARD OF
SELECTMEN; NICHOLAS BREAULT; DAVID GROMASKI; JOHN COLLINS; JAMES
DRISCOLL; TOWN OF EAST LONGMEADOW BOARD OF PUBLIC WORKS,

Defendants, Appellees.

---

**ERRRATA SHEET**

The opinion for this Court issued May 12, 2016 is amended
as follows:

On page 6, line 7: change "quotations marks" to
"quotation marks"